JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
PAIGE P. YEH, ESQUIRE – State Bar #229197
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
Email: jgoodman@gnhllp.com
Email: pyeh@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

BOBBY SAADIAN, ESQUIRE – State Bar #250377
SUTTON A. SHAPIRO, ESQUIRE – State Bar #284084
WILSHIRE LAW FIRM
3055 Wilshire Blvd., 12th Flr.
Los Angeles, CA 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
Email: bobby@wilshirelawfirm.com
Email: sutton@wilshirelawfirm.com

Attorneys for Plaintiff
JONATHAN ALEXANDER JUNG

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ALEXANDER JUNG,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC., a corporation; DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 1:19-cv-00685-LJO-JLT<br><br>**ORDER REGARDING STIPULATION TO REMAND REMOVED ACTION** |

**ORDER**

On June 20, 2019, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The pending Motion to Amend, ECF No. 12, is DENIED AS MOOT; and

2. United States District Court, Eastern District of California, case number Case No. 1:19-cv-00685-LJO-JLT, styled *JONATHON ALEXANDER JUNG vs. THE HOME DEPOT, INC., INC., at al.*, is hereby remanded to the Superior Court of California, County of Kern.

IT IS SO ORDERED.

Dated: **June 20, 2019**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

Goodman Neuman Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400